UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CRAIG SWEAT,

                            Petitioner,

      -v.-                                              3 :05-CV-0221
                                                            (TJM)

UNITED STATES OF AMERICA,

                            Respondent.
_____

APPEARANCES:                                   OF COUNSEL:

CRAIG SWEAT
Petitioner, *pro se*
06555-052

OFFICE OF THE UNITED STATES          MIROSLAV LOVRIC, ESQ.
  ATTORNEY
15 Henry Street
319 Federal Building
Binghamton, NY 13901

THOMAS J. MCAVOY, Senior Judge

## DECISION and ORDER

      By Order filed November 9, 2006, this Court denied the Motion for Reconsideration brought by Petitioner Craig Sweat. *See* Docket No. 10. Petitioner has appealed the November 9, 2006 Order to the Second Circuit Court of Appeals. *See* Docket No. 12. Presently before the Court is Petitioner's request to proceed *in forma pauperis* during the appeal of his case. *See* Docket No. 11.

      Because the Petitioner is indigent, the Court grants Petitioner's request to proceed with this matter *in forma pauperis* for purposes of his appeal to the Second Circuit.[1]

---

[1] Of course, this application is granted subject to the Second Circuit collecting the fees due it in light of the Prison Litigation Reform Act. *See* Pub.L. No. 104-134, 110 Stat. 1321.

**WHEREFORE**, it is hereby

**ORDERED**, that Petitioner's request to proceed with the appeal of this matter *in forma pauperis* (Dkt. No. 11) is **GRANTED**, and it is further

**ORDERED**, that the Clerk serve a copy of this Order on the parties in accordance with the Local Rules.

IT IS SO ORDERED.

Dated:   December 7, 2006

Thomas J. McAvoy
Senior, U.S. District Judge